Benjamin B. Manchester
vs. No. 88243.
United Electric Railways Co.

June 30, 1933.

POULIOT, J. The question of liability in this cause has been decided in the rescript filed in the companion case No. 88244.

If the plaintiff were entitled to recover, the amount of damages awarded, $2500, would not be excessive, it appearing that the plaintiff has already spent around $1900 and that the plaintiff's wife will need more medical attention for an undetermined period.

Defendant's motion for a new trial is granted.

For plaintiff: Grim & Littlefield.

For defendant: Clifford Whipple, & Sweeney.